MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUIS LOMBARDI, ) <br> ) <br>    Defendant. ) <br>_____) | No. CR 11-00785 SBA <br><br> STIPULATION TO CALENDAR CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER |

The United States of America, by and through Assistant United States Attorney Hartley M. K. West, and Dirk Manoukian, counsel for defendant Louis Lombardi, submit this stipulation and joint request for the Court to calendar this case for change of plea on January 26, 2012, at 10:00 a.m. The parties further stipulate and jointly request that the time between today, November 29, 2011 and January 26, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court to consider the proposed plea agreement. A copy of this proposed

///

///

///

plea agreement was submitted for the Court's consideration on November 29, 2011.

DATE: November 29, 2011           _____/s/_____
                                  DIRK MANOUKIAN
                                  Counsel for defendant
                                  Louis Lombardi

DATE: November 29, 2011           _____/s/_____
                                  HARTLEY M. K. WEST
                                  Assistant United States Attorney


IT IS SO ORDERED.


DATE: 12/1/11                     _____*Saundra B Armstrong*_____
                                  HONORABLE SAUNDRA B. ARMSTRONG